| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| JOHN DOE, | ELECTRONICALLY FILED |
| | DOC #: _____ |
| Plaintiff, | DATE FILED: _4/2/2020_____ |

-against-    20 Civ. 2235 (AT)

COLUMBIA UNIVERSITY,    **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

       On March 12, 2020, Plaintiff filed this action as "John Doe." ECF No. 1. The complaint states that "Plaintiff John Doe has filed herewith a motion to proceed by pseudonym." *Id.* at 1 n.1. It does not appear, however, that such motion has been filed. Accordingly, by **April 9, 2020**, Plaintiff shall (1) file his motion to proceed by pseudonym under seal and (2) email a courtesy copy to the Court at Torres_NYSDChambers@NYSD.uscourts.gov.

       SO ORDERED.

Dated: April 2, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge