UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN DOE,                                              |
                                                       |
            **Plaintiff,**                            |
                                                       |   Case No. 1:20-cv-02235
   v.                                               |
                                                       |
COLUMBIA UNIVERSITY,                                   |
                                                       |
            **Defendant.**                            |
-------------------------------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that the Plaintiff John Doe in the above caption voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which Rule permits dismissal by the plaintiff, without order of court, by the filing of a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. The claims in the action were not brought before in any state or federal action.

**Dated:** New York, New York
       April 2, 2020

                                          **NESENOFF & MILTENBERG, LLP**
                                          *Attorneys for Plaintiff John Doe*

                            **By:** _Andrew T. Miltenberg /s/_
                                          **Andrew T. Miltenberg, Esq.**
                                          **Philip Byler, Esq.**
                                          **363 Seventh Avenue, Fifth Floor**
                                          **New York, New York 10001**
                                          **(212) 736-4500**
                                          **Amiltenberg@nmllplaw.com**
                                          **pbyler@nmllplaw.com**